## (October 28, 1939.)

In the Matter of the Application of Alice C. Coghlan, Petitioner, Appellant, against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, Respondents, Percy P. Greenberg, Objector, Respondent.— For the reasons stated in *Matter of Goldberg* v. *Cohen* (257 App. Div. 675), decided herewith, order unanimously affirmed. Leave to appeal to the Court of

Appeals granted. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.